AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

THOMAS COWAN

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                                    CASE NUMBER: **3:06-CV-00685-BES-VPC**

BRUNO BAUER, et al.,

      Defendants.

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Friedwart Winterberg; and, Bruno Bauer, Ron Phaneuf, Peter Winkler, Jannet Vreeland, John Frederick, and the Nevada System of Higher Education, Motions for Judgment on the Pleadings (#18 and #20), are GRANTED.

 February 15, 2008                                          **LANCE S. WILSON**
                                                                        Clerk

                                                                /s/ Katie Lynn Ogden
                                                                  Deputy Clerk